AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

CHICAGO REGIONAL COUNCIL OF
CARPENTERS PENSION FUND, et al.

CASE NUMBER: 13cv1345

V.

ASSIGNED JUDGE: John W. Darrah

INTERNATIONAL FLOOR COVERING, INC.

DESIGNATED
MAGISTRATE JUDGE: Daniel G. Martin

TO: (Name and address of Defendant)

INTERNATIONAL FLOOR COVERING, INC.
c/o Richard A. Wolfe, Registered Agent
180 N. LaSalle St., Suite 2420
Chicago, IL 60601

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David F. Whitfield
Whitfield, McGann & Ketterman
111 E. Wacker Dr., Suite 2600
Chicago, IL 60601

an answer to the complaint which is herewith served upon you, within ____21____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.Thom

THOM

THOMAS G. BRUTON, CLERK
(By) DEPUTY CLERK



DATE

February 20, 2013

DATE

ClientCaseID: N9441 DFW
Law Firm ID: WHITFIEL



CaseReturnDate: 3/28/13

Affidavit of Special Process Server

# UNITED STATES DISTRICT COURT

Case Number **13CV1345**

I, JONATHAN R. DIXON

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. CHICAGO IL 60606 LICENSED BY THE ILLINOIS DEPARTMENT OF FINANCIAL AND PROFESSIONAL REGULATION.

## CORPORATE SERVICE

THAT I SERVED THE WITHIN   **SUMMONS AND COMPLAINT**

ON THE WITHIN NAMED DEFENDANT **INTERNATIONAL FLOOR COVERING INC**
PERSON SERVED **Karen Weicherodt, Secretary**
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON **2/28/13**

Karen Weicherodt, Secretary is authorized to accept service.

That the sex, race and approximate age of the person whom I left the document(s) are as follow:

**Sex** Female   **Race** WHITE   **Age** 50s
**Height** UNK   **Build** HEAVY   **Hair** GREY

LOCATION OF SERVICE   **180 N LASALLE ST SUITE 2420**
**CHICAGO, IL, 60601**

Date Of Service   **2/28/13**   Time of Service **2:06 PM**

JONATHAN R DIXON                3/1/2013
Special Process Server
P.E.R.C.#129-316846

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

Total:   $55.00